IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID LYONS,                    )
                                )
    Plaintiff,                  )
                                )
                                )    CIVIL ACTION NO.
    v.                          )    2:12cv1003-MHT
                                )         (WO)
PANERA, LLC,                    )
                                )
    Defendant.                  )

# JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The joint motion for approval of settlement agreement, payments, and dismissal with prejudice (doc. no. 20) is granted.

(2) The settlement agreement is approved with the modifications set forth in the accompanying opinion.

(3) This lawsuit is dismissed in its entirety with prejudice and with the parties to bear their own costs.

It is further ORDERED that the order sealing the settlement agreement (doc. no. 22) is dissolved, and the settlement agreement is unsealed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of September, 2013.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE